Weber *v.* Weber, Appellant.

Argued November 13, 1928.  Before HENDERSON, TREXLER, KELLER, LINN, GAWTHROP and CUNNINGHAM, JJ.

586

*Albert Smith Faught,* and with him *John Robert Jones,* for appellant.

*Frederick W. Bauer,* and with him *Charles F. Van-Horn* and *Joseph P. Gaffney,* for appellee.

PER CURIAM, December 13, 1928:
The judgment is affirmed, the court being evenly divided.